# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Edward Zawilla, Jr Debtor(s) | ) | Bankruptcy Case No. |
| | ) | 18 B 17408 |
| Plaintiff(s) | ) | |
| Transnational Bankcard LLC | ) | |
| v. | ) | Adversary Case No. |
| Defendant(s) | ) | 18 A 00918 |
| Edward Zawilla, Jr. | ) | |
| | ) | |

## ORDER DISMISSING ADVERSARY

IT IS HEREBY ORDERED THAT:

The adversary complaint Transnational Bankcard LLC, v. Zawilla, JR  18 A 00918 is dismissed.

_____
Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 13, 2019